FILED
13th JUDICIAL DISTRICT COURT
Sandoval County
6/10/2021 2:38 PM
AUDREY GARCIA
CLERK OF THE COURT

THIRTEENTH JUDICIAL DISTRICT COURT
COUNTY OF SANDOVAL
STATE OF NEW MEXICO

SARAH MONTOYA o/b/o
L.M. a minor child

        Plaintiff,

vs.

RIO RANCHO PUBLIC SCHOOLS
BOARD OF EDUCATION and
GEORGE ARCHULETA in his
individual capacity,

        Defendants.

CAR

D-1329-CV-2021-00923

## JURY DEMAND

Plaintiffs, by and through their counsel of record, Jason Bowles of Bowles Law Firm, Robert Gorence of Gorence & Oliveros, P.C., and Todd Bullion the Law Office of Todd J. Bullion, hereby demands a six (6) person jury in the above-captioned matter. The fee will be paid when filing this jury demand.

        Respectfully Submitted,

        /s/ Jason Bowles
        Jason Bowles
        Bowles Law Firm
        4811 Hardware Drive, N.E., Suite D-5
        Albuquerque, New Mexico 87109
        Telephone: (505) 217-2680
        Facsimile: (505) 217-2681
        Email: jason@bowles-lawfirm.com

        ---and---


EXHIBIT C

Robert Gorence
Gorence & Oliveros
300 Central Ave SW, Suite #1000E
Albuquerque, NM 87102
(505) 244-0214
gorence@golaw.us

---and---

Todd J. Bullion
300 Central Ave SW, Suite #1000E
Albuquerque, NM 87102
(505) 452-7674
toddjbullion@gmail.com