THIRTEENTH JUDICIAL DISTRICT COURT
COUNTY OF SANDOVAL
STATE OF NEW MEXICO

SARAH MONTOYA o/b/o
L.M. a minor child,

      Plaintiff,

vs.                                      Case No. D-1329-CV-2021-00923

RIO RANCHO PUBLIC SCHOOLS
BOARD OF EDUCATION and
GEORGE ARCHULETA in his
Individual and official capacity,

      Defendants.

## **DEFENDANTS RIO RANCHO PUBLIC SCHOOLS BOARD OF EDUCATION'S NOTICE OF CONSENT TO REMOVAL**

COME NOW Defendants Rio Rancho Public Schools Board of Education, by undersigned counsel, and hereby notifies the Court and the parties that they consent to the removal of this case by Defendant George Archuleta.

                                              WALZ AND ASSOCIATES, P.C.

                                              */s/ Jerry A. Walz*
                                              JERRY A. WALZ, ESQ.
                                              *Attorney for Rio Rancho Public Schools*
                                              *Board of Education*
                                              133 Eubank Blvd NE
                                              Albuquerque, NM 87123
                                              (505) 275-1800
                                              jerryawalz@walzandassociates.com

EXHIBIT D