D-1329-CV-202100923 - Thursday, July 15, 2021

# Sara Montoya
## v.
## Rio Rancho Public Schools, et. al.

### CASE DETAIL

| CASE # | CURRENT JUDGE | FILING DATE | COURT |
|---|---|---|---|
| D-1329-CV-202100923 | Noel, James A. | 06/10/2021 | BERNALILLO District |

### PARTIES TO THIS CASE

| PARTY TYPE | PARTY DESCRIPTION | PARTY # | PARTY NAME |
|---|---|---|---|
| D | Defendant | 1 | RIO RANCHO PUBLIC SCHOOLS |
| D | Defendant | 2 | BOARD OF EDUCATION |
| D | Defendant | 3 | ARCHULETA GEORGE |
| P | Plaintiff | 1 | MONTOYA SARA |

ATTORNEY: GORENCE ROBERT J.

### CIVIL COMPLAINT DETAIL

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISP | DISP DATE |
|---|---|---|---|---|
| 06/10/2021 | 1 | OPN: COMPLAINT | | |

| COA SEQ # | COA DESCRIPTION |
|---|---|
| 1 | Tort: Personal Injury Non Auto |

| PARTY NAME | PARTY TYPE | PARTY # |
|---|---|---|

### REGISTER OF ACTIONS ACTIVITY

| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
|---|---|---|---|---|---|
| 06/16/2021 | | | | | |
| 06/10/2021 | JURY DEMAND 6 PERSON / Jury Demand (Fee Paid) | | P | 1 | |
| 06/10/2021 | OPN: COMPLAINT / Complaint | | P | 1 | |

### JUDGE ASSIGNMENT HISTORY

| ASSIGNMENT DATE | JUDGE NAME | SEQ # | ASSIGNMENT EVENT DESCRIPTION |
|---|---|---|---|
| 06/10/2021 | Noel, James A. | 1 | INITIAL ASSIGNMENT |


EXHIBIT E